

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00349-CV

**IN THE INTEREST OF C.D.**, a Child

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-08-21978-CV
The Honorable Cathy O. Morris, Judge Presiding

Opinion by:    Rebeca C. Martinez, Justice

Sitting:    Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice

Delivered and Filed:  October 22, 2014

AFFIRMED

This is an appeal from the trial court's order terminating appellant's parental rights to C.D. Appellant's court-appointed attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced.  Counsel concludes the appeal is without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).  *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights), *disp. on merits,* 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.).  Counsel certified that a copy of the brief was delivered to appellant who was advised of his right to review the record and to file a *pro se* brief.  Appellate counsel provided appellant

with a form motion for requesting the record.  *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).  Appellant has not requested the record or filed a brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit.  The trial court's order is affirmed, and counsel's motion to withdraw is granted. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Rebeca C. Martinez, Justice